UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD ARTAWAY SMITH, JR., ) </br> ) </br> Plaintiff(s), ) </br> ) </br> vs. ) </br> ) </br> ST. LOUIS COUNTY JUSTICE CENTER, ) </br> et al., ) </br> ) </br> Defendant(s). ) | Case No. 4:05CV186 JCH |

**ORDER OF DISMISSAL**

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is **DISMISSED**.

Dated this 28th day of June, 2006.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE